**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: SIX BALLOTS IN THE 2024  : No. 333 MAL 2024
GENERAL PRIMARY ELECTION  :
               :
               : Petition for Allowance of Appeal from
PETITION OF: JAMIE WALSH   : the Order of the Commonwealth
               : Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.